# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RONALD E. PARKER**  **PLAINTIFF**
**ADC # 129702**

VS   No.  5:15CV00033-BRW

**MIKE BEEBE, Governor,**
**State of Arkansas, et al.**  **DEFENDANTS**

## ORDER

Plaintiff filed his Complaint with an Application to Proceed Without Prepayment of Fees and Affidavit.[1]  After reviewing the records, the magistrate judge determined that he was a "three-striker" within the meaning of 28 U.S.C. § 1915(g).[2]  The Court directed to pay the full filing fee within fourteen days of the magistrate's Order.  *Id*. He has not done so and the time for doing so has passed. Accordingly, this CASE is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of February, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 1, 2.

[2] Doc. No. 3.